Joshua Briones (SBN 205293)
jbriones@mintz.com
Arameh Z. O'Boyle
azoboyle@mintz.com
E. Crystal Lopez (SBN 296297)
eclcopez@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, California 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendants 24 Hour Fitness USA, Inc.
and Zoom Media Group, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH SCHICK, | Case No. 3:19-cv-02193-WHO |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | Judge: Hon. William H. Orrick |
| 24 HOUR FITNESS USA, INC. and ZOOM MEDIA GROUP, INC., | Dept.: Courtroom 2 – 17th Floor |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff Deborah Schick ("Plaintiff") and Defendant 24 Hour Fitness USA, Inc. and Zoom Media Group, Inc. ("Defendants") have reached an agreement to resolve this matter. The parties are currently drafting the appropriate settlement documents and

///
///
///
///
///
///
///

1  intend to file a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) no
2  later than September 20, 2019.

4  Dated:  September 3, 2019          Respectfully submitted,

5                                     MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

7                                     */s/ E. CRYSTAL LOPEZ*
                                      By:   Joshua Briones
                                            Arameh Z. O'Boyle
8                                           E. Crystal Lopez

9                                           Attorneys for Defendants 24 Hour Fitness USA,
10                                          Inc. and Zoom Media Group, Inc.

12 Dated:  September 3, 2019          Respectfully submitted,

13                                    PARONICH LAW, P.C.

15                                    */s/ ANTHONY PARONICH*
                                      By:   Anthony Paronich

16                                          Attorneys for Plaintiff